## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shawanda Tatum<br>          Debtor<br><br>M&T Bank<br>          Movant<br>     vs.<br><br>Shawanda Tatum<br>          Debtor<br><br>Frederick L. Reigle Esq.<br>          Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-10057 SR<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **June 9, 2016, docket entry 35**.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

October 3, 2016