# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | : |
| Shwanda Tatum | : CHAPTER 13 |
|     Debtor | : |
|  | : |
| M&T Bank | : |
|     Movant | : BANKRUPTCY NO.: 16-10057-SR |
|  | : |
| v. | : |
| Shwanda Tatum | : |
|     Debtor | : |
|  | : |
| Frederick L. Reigle, Trustee | : |
|     Additional Respondent. | : |

## DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)

Debtors, by her attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represent that:

1.-5.  Admitted.

6-10.  Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: 12/7/16            Respectfully submitted.

/S/ Erik B. Jensen
Erik B. Jensen, Esq.