IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                           :
                                                 :     In Chapter 13
       SHAWANDA TATUM                            :
                                                 :     Bankruptcy No. 16-10057 (SR)
                        Debtor.                  :
-------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #64) which was filed on January 17, 2017.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: April 18, 2017          By: */s/ Pamela Elchert Thurmond*
                                   PAMELA ELCHERT THURMOND
                                   Deputy City Solicitor
                                   PA Attorney I.D. 202504
                                   Attorney for the City of Philadelphia
                                   City of Philadelphia Law Department
                                   Municipal Services Building
                                   1401 JFK Boulevard, 5th Floor
                                   Philadelphia, PA  19102-1595
                                   215-686-0508 (phone)
                                   Email: Pamela.Thurmond@phila.gov