UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Shawanda Tatum

13

Bky No. 16-10057 SR

Debtor(s).

### ORDER

**AND NOW,** this _____ day of _____ 2016, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by **Erik B. Jensen P.C.,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,000.00 less $1,500.00 already paid with a remaining balance of $1,500.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**Dated: May 23, 2017**                        _____
                                               Hon. Stephen Raslavich
                                               **U.S. BANKRUPTCY JUDGE**

**CC:**    **Law Offices of Erik B. Jensen, P.C.**
           **ERIK B. JENSEN, ESQUIRE**
           **1528 Walnut Street**
           **Suite 1401**
           **Philadelphia, PA   19102**

           Frederick Reigle, Esquire
           Chapter 13 Trustee
           2901 St. Lawrence Ave.
           PO Box 4010
           Reading, PA 19606

           Shawanda Tatum
           5011 Penn Street
           Philadelphia, PA 19124