# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| Shawanda Tatum | : CHAPTER 13 |
| | : |
| Debtor(s) | : |
| | : |
| | : BANKRUPTCY NO.:16-10057 JKF |
| | : |

## DEBTORS' OBJECTION TO MOVANT'S CERTIFICATION OF DEFAULT

Debtor, by her attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1. Denied. Debtor has funds to cure arrears.

WHEREFORE, Debtors prays that Movant's request be denied.

Date: 12/28/2017                    Respectfully submitted.

/S/ Erik B. Jensen, Esq.
Erik B. Jensen, Esq.
1500 Walnut St. Suite 1920
Philadelphia, PA 19102