*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shawanda Tatum
    Debtor(s)

Case No: 16–10057–jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Debtor's Objection to

Certification of Default
filed by Creditor M&T Bank

on: 1/31/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/3/18

Timothy B. McGrath
Clerk of Court

92 – 90, 91
Form 167