**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Shawanda Tatum
                        Debtor

M&T Bank
                v.
Shawanda Tatum
              and
Frederick L. Reigle Esq.
                Trustee

Chapter 13

NO. 16-10057 JKF

## ORDER

AND NOW, this 12th day of April, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 2, 2018 it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5011- 15 Penn Street Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                                                               _____
                                                           United States Bankruptcy Judge.
                                                               Jean K. FitzSimon

cc: See attached service list

Shawanda Tatum
5011 Penn Street
Philadelphia, PA 19124

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Erik B. Jensen
Jensen Bagnato, PC
1528 Walnut Street
Suite 1920
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532